DTX - AB
JUN 29 2026 PM2:38

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

___Abilene___ Division

| | |
|---|---|
| _Quinton Bridges_ | ) Case No. __1:26-cv-00313__ |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Jury Trial: _(check one)_ ☑Yes ☐No |
| -v- | ) |
| _Donald Trump (U.S. President)_ | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _Quinton Bridges_ |
| Street Address | _17900 CR 444_ |
| City and County | _Trent, Jones County_ |
| State and Zip Code | _Tx, 79561_ |
| Telephone Number | _(806) 777-6912_ |
| E-mail Address | _aqbridges9624@gmail.com_ |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

**Defendant No. 1**

Name                                  James Comey

Job or Title *(if known)*              FBI director

Street Address                        935 Pennsylvania Ave. NW

City and County                       NW., Washington, D.C. (Not in a County)

State and Zip Code                    It's not a state its inbetween VA + MD

Telephone Number                      800-225-5324

E-mail Address *(if known)*

                                      Zip Code 20500

**Defendant No. 2**

Name                                  Donald Trump

Job or Title *(if known)*              United States President

Street Address                        1600 Pennsylvania Ave. NW

City and County                       NW., Washington, D.C. (Not in a County)

State and Zip Code                    It's Not a state its inbetween VA + MD

Telephone Number                      202-456-6213, 202-456-1111, 202-456-1414

E-mail Address *(if known)*

                                      Zip Code 20500

**Defendant No. 3**

Name                                  Joe Biden

Job or Title *(if known)*              Previous United States President

Street Address                        1600 Pennsylvania Ave. NW

City and County                       NW., Washington, DC (not in a County)

State and Zip Code                    It's not a state its inbetween VA + MD

Telephone Number                      202-456-6213, 202-456-1111, 202-456-1414

E-mail Address *(if known)*

                                      District of Columbia    Zip Code 20500

**Defendant No. 4**

Name                                  United States Attorney's office -

Job or Title *(if known)*

Street Address                        601 D street NW

City and County                       NW, Washington, DC

State and Zip Code                    It's not a state its inbetween VA + MD

Telephone Number                      202-252-7566

E-mail Address *(if known)*

Defendant No. 5 — FBI
Name
Street address 935 Pennsylvania Ave NW
City + County NW Washington, DC (not in a County)
State + Zip It's not a state its inbetween VA + MD 20500
Telephone # 800-225-5324

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Treason Article III Section 3 18 U.S.C. 2381*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Conspiracy to defraud the U.S. 18 U.S.C. 371, Targeted Killing, Extra judicial Execution
Obstruction of Justice 18 U.S.C. 871, Exhortion 18 U.S.C. 875, espionage Title 18
Weaponization of Government, using propaganda, Deprivation of rights under Color of law
Non feasance, failure to intervene, Dereliction of Duty      18 U.S.C. 242

Torture Victim Protection Act 1991, False Flag Operation     Date 2016

## IV. Relief

    Where - Texas   2026

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

relief for Stress & Fear
Damage to Mental & physical Health
Amount of claim $300,000,000
Need restitution, Compensation, & to garnish defendants wages

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6/29/26

Signature of Plaintiff   *QB*

Printed Name of Plaintiff   *Quinton Bridges*

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address